UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICK SOUFFRANT,

                                                        3:13-CV-0811
                                                        (DNH/DEP)
                 Plaintiff,

    -v-

THE COUNTY OF OTSEGO; SHERIFF
DEPARTMENT, County of Otsego; MICHAEL
TEN EYCK, Senior Investigator, Sheriff
Department, County of Otsego, individual and
in his official capacity; and JOHN DOE 1-7
Sheriffs/Police, Sheriff Department, County of
Otsego, individual and in their official capacity,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

PATRICK SOUFFRANT
Plaintiff, Pro Se
10-A-2530
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458


DAVID N. HURD
United States District Judge


## DECISION and ORDER

       Plaintiff, a New York State prisoner, brought this action pursuant to 42 U.S.C.

§ 1983. On October 11, 2013, the Honorable David E. Peebles, United States Magistrate

Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed, without

prejudice, for failure to timely comply with the court's order and to either pay the required filing fee or submit a proper in forma pauperis application. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED without prejudice.

The Clerk is directed to close the file.

IT IS SO ORDERED.

United States District Judge

Dated: November 5, 2013
       Utica, New York.