# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PATRICK SOUFFRANT**

       Plaintiff

vs.                        CASE NUMBER: 3:13-cv-811 (DNH/DEP)

**THE COUNTY OF OTSEGO, SHERIFF DEPARTMENT, County of Otsego, MICHAEL TEN EYCK,** Senior Investigator, Sheriff Department, County of Otsego, individual and in his official capacity and **JOHN DOE 1-7,** Sheriffs/Police, Sheriff Department, County of Otsego, individual and in their official capacity

       Defendants

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Magistrate Judge's Report-Recommendation is accepted in whole. Plaintiff's complaint is DISMISSED without prejudice. The Clerk is directed to close the file.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 5th day of November, 2013.

DATED: November 5, 2013

*Lawrence K. Baerman*
Clerk of Court

s/   Nicole Killius
Deputy Clerk